# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV3965                                                              Purchased/Filed: May 22, 2007
STATE OF NEW YORK        UNITED STATES DISTRICT COURT                          SOUTHERN DISTRICT

Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds    Plaintiff

against

Ace Drywall & Draperies, Inc.                                                        Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ June 4, 2007 _____, at _____ 2:00 pm _____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint on

_____ Ace Drywall & Draperies, Inc. _____, the Defendant in this action, by delivering to and leaving with _____ Carol Vogt _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, _____ 2 _____ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____ 40 _____ dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: _____ 43 _____    Approx. Wt: _____ 118 _____    Approx. Ht: _____ 5' _____
Color of skin: _____ White _____    Hair color: _____ Brown _____    Sex: _____ F _____    Other: _____

Sworn to before me on this

_____ 5th _____ day of _____ June, 2007 _____

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2007

Jessica Miller

Invoice-Work Order # SP0704790

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179