UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,     )   Index No.: 07-CIV-3965 (CLB)
                                          )
                            Plaintiffs,   )   REQUEST FOR ENTRY OF
                                          )   DEFAULT JUDGMENT
        -against-                         )
                                          )
ACE DRYWALL & DRAPERIES, INC.,            )
                                          )
                            Defendant.    )

------------------------------------------------------------

TO:  Clerk of the United States District Court for the
     Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, Ace Drywall & Draperies, Inc. failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds and against the Defendant, Ace Drywall & Draperies, Inc. for an Order for an audit and any amounts found due pursuant to the audit which shall include interest, liquidated damages, auditors' fees, attorneys' fees and court costs and in the sum of $2,930.00 which includes attorneys' fees and court costs and disbursements for bringing this action.

Dated:  Elmsford, New York
        July 2, 2007

                                          Dana L. Henke (DLH3025)
                                          BARNES, IACCARINO, VIRGINIA,
                                          AMBINDER & SHEPHERD, PLLC
                                          Attorneys for Plaintiff
                                          258 Saw Mill River
                                          Elmsford, New York 10523
                                          (914) 592-1515

